UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Lucas Grower<br>Attorney at Law, Bar No. 11384 | Case No. 2:20-ms-00046<br><br>ORDER OF SUSPENSION |

On September 15, 2020, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt. However, the Order to Show Cause was returned by the United States Postal Service marked "Return to sender-Vacant-Unable to forward." Regardless, the OSC provided Mr. Grower with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. (ECF No. 1.) No response has been received from Mr. Grower. Failure to respond within thirty 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Lucas Grower, Bar No. 11384, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 1st Day of February 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the

United States District Court, and that on this 1st day of February 2021, I caused to be

served a true and correct copy of the foregoing Order to Show Cause to the following

parties via Certified Mail, Return Receipt Requested via the United States Postal Service,

in a sealed envelope, postage prepaid, to the following:

> Lucas Grower
> 631 S. Ninth St.
> Las Vegas, NV 89101

Certified Mail No.: 7018 3090 0001 1163 9818

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada