UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Lucas Grower<br>Attorney at Law, Bar No. 11384 | Case No. 2:20-ms-00046<br><br>ORDER OF SUSPENSION |

This is an attorney discipline matter. The Court initially issued an order to show cause ("OSC") as to why Mr. Grower should not be reciprocally suspended by this Court following his suspension by the Nevada Supreme Court ("NSC"). (ECF No. 1.) The OSC was returned as undeliverable (ECF No. 3), but the Court nonetheless suspended Mr. Grower after he failed to timely respond to the OSC (ECF No. 5). Mr. Grower then filed a motion asking that his suspension be set aside because he had never received the OSC. (ECF No. 6.)

The Court granted the motion, set aside the suspension based on Mr. Grower's representation that he never received the OSC, and gave him another 60 days to respond to the OSC. (ECF No. 9.) The Court's records indicate that someone signed to confirm receipt of the most recent order at the two addresses the Court mailed it to. (ECF No. 11.) Mr. Grower has not timely responded to the Court's most recent order. That warrants an order of suspension. *See* LR IA 11-7(e)(2).

///

///

///

///

1  It is therefore ordered that Lucas Grower, Bar No. 11384, is suspended from
2  practice in the United States District Court for the District of Nevada.
3  DATED THIS 4th Day of October 2021.
4
5
6  _____
   MIRANDA M. DU
   CHIEF UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 4th Day of October 2021, I caused to be served a true and correct copy of the foregoing Order to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

>Lucas Grower
>631 S. Ninth St.
>Las Vegas, NV 89101

Certified Mail No.: 7019 2970 0000 1120 4719

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada

3