UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| *In re*: Lucas Grower,<br>Attorney at Law, Bar No. 11384 | Case No. 2:20-ms-00046-MMD<br><br>ORDER |

**I.　SUMMARY**

This is an attorney discipline matter. Before the Court is Attorney Lucas Grower's petition for reinstatement (the "Petition"). (ECF No. 19.) As further explained below, the Court will grant the Petition.

**II.　BACKGROUND**

The Nevada Supreme Court ("NSC") suspended Grower in 2020. (ECF No. 4 at 4.) After giving Grower three chances to respond to an order to show cause as to why Grower should not be reciprocally suspended (ECF Nos. 1, 5, 9, 12, 16), the Court reciprocally suspended Grower in 2021 (ECF No. 16).

The Petition followed. (ECF No. 19.) In his Petition, Attorney Grower asks to be reinstated primarily because he has successfully discharged the probationary conditions that the NSC imposed on him as part of his suspension, and therefore may now practice in state court fully unencumbered by any requirements imposed on him as a result of prior discipline. (*Id.* at 1-3.)

**III.　DISCUSSION**

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." LR IA 11-7(i). The Rule further provides: "if the attorney was readmitted by the supervising court or

the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.* However, the decision as to whether and under what circumstances the attorney will be reinstated to practice before this Court is left to the discretion of the Chief Judge, or other reviewing Judge if the Chief Judge refers the matter to another judge. *See id.*; *see also* LR IA 11-7(a).

The Court will grant the Petition because Grower has sufficiently demonstrated he successfully discharged the NSC's probationary conditions and is an attorney in good standing with the State Bar of Nevada. (ECF No. 19 at 1-3; *see also* ECF No. 19-1 at 2 (letter from the State Bar noting that Grower's attorney discipline file is now closed).) The Court thus finds that Grower has shown cause to be readmitted to the bar of this Court.

## IV. CONCLUSION

It is therefore ordered that Grower's petition for reinstatement (ECF No. 19) is granted.

DATED THIS 4th Day of October 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 10th day of October 2023, I caused to be served a true and correct copy of the foregoing Order granting motion for reinstatement to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Lucas A. Grower
>631 S. Ninth St.
>Las Vegas, NV 89101

>Certified Mail No.: 7020 3160 0000 7420 4811

>/s/ Sharon H.
>Deputy Clerk
>United States District Court,
>District of Nevada